

**Xerox Capital Services**

Xerox Capital Services, LLC
PO BOX 660501
DALLAS, TX 75266-0501
Collections Telephone: (866) 221-9953
Customer Inquiry Facsimile: (888) 890-8818

December 31, 2007

**7-CLANS CASINO**
**Attn: General Manager**
**7500 HWY 177**
**RED ROCK      OK  74651**

Re: XEROX Customer Number 101154839; Serial Numbers EYF013158, UTU107598 & UTU905457

Dear Sir or Madam:

Enclosed is the service history for the 3 serial numbers listed above. We find no record of excessive service or excessive cancellation of service calls.

Also enclosed are copies of the original contracts and a copy of the Terms and Conditions for Lease agreements. As previously communicated to you in September 2007, we do not have record of any addendum that guarantees a 4 hour service response time.

All open invoices on your account customer number 101154839 are valid for payment. Your contracts have been accelerated and your account will be referred to our Recovery Department for further collection activity.

Sincerely,

Laura Barrera

Collections Manager

Xerox Capital Services, LLC

Xerox Capital Services, LLC
Administrative services and solutions provided by Xerox Capital Services, LLC.
Headquarters: 100 Clinton Avenue South, Rochester, New York 14644.
Xerox Corporation is a member of Xerox Capital Services, LLC.
This collection agency is licensed by North Carolina Dept. of Insurance Permit Nos. 3806, 3807, 3808, 3809.
This collection agency is licensed by the Office of Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.
This communication may be in reference to obligations with Xerox Corporation and/or certain of its subsidiaries.



EXHIBIT 4

Dockets.Justia.com